Filed:  January 5, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1358**
(15-01915-5-SWH)

MARJORIE K. LYNCH, Bankruptcy Administrator for the Eastern District of North Carolina,

    Appellant,

  v.

GABRIEL LEVAR JACKSON; MONTE NICOLE JACKSON,

    Debtors – Appellees,

  and

A. SCOTT MCKELLAR,

    Trustee.

------------------------------------------

NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS,

    Amicus Supporting Appellees.

O R D E R

The Court amends its opinion filed January 4, 2017, as follows:

On page 9, first block quotation, lines 7 and 8 -- the dollar figures are corrected to read "$7,700" and "$12,850," respectively.

                                                For the Court - By Direction

                                                /s/ Patricia S. Connor
                                                           Clerk